**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00021-CV

## IN THE INTEREST OF L.B., A CHILD

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-543**

## ORDER

The Court has before it appellant's January 11, 2013 emergency motion to reconsider the motion to suspend judgment. The Court **DENIES** the motion.

/s/     JIM MOSELEY
         JUSTICE